# ER OF TEXAS, LLC AND AFFILIATES
# BOARD RESOLUTIONS

## FEBRUARY 7, 2026

### BOARD RESOLUTION AUTHORIZING CHAPTER 11

The undersigned, being members of the board of directors, board of managers, the manager, the sole member, or the sole director, as applicable (each, the "Governing Body"), of the applicable entity set forth on Exhibit A attached hereto (each, a "Company", and, collectively, the "Companies"), hereby take the following actions and adopt the following resolutions, pursuant to, as applicable, the bylaws, limited liability company agreement, operating agreement, or similar document (in each case as amended or amended and restated to date) of each Company and the laws of the state of formation of each Company as set forth next to each Company's name on **Exhibit A:**

**WHEREAS**, each Governing Body has considered presentations by the management and the financial and legal advisors of each Company regarding the liabilities and liquidity situation of each Company, the strategic alternatives available to it, and the effect of the foregoing on each Company's business; and

**WHEREAS**, each Governing Body has had the opportunity to consult with the management and the financial and legal advisors of the Companies and to fully consider each of the strategic alternatives available to the Companies and has determined, in the judgment of each Governing Body, that the following resolutions are in the best interests of each Company and their respective creditors.

**NOW, THEREFORE, BE IT:**

**CHAPTER 11 FILING**

**RESOLVED**, that, in the judgment of each Governing Body, it is desirable and in the best interests of each Company, its creditors, and other parties in interest, that each Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the **United States Bankruptcy Court for the Northern District of Texas** (the "Bankruptcy Court") or other court of competent jurisdiction and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and

**RESOLVED**, that any of the Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Chief Legal Officer, Secretary, any Executive Vice President, any Senior Vice President, or any other duly appointed officer of each Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and hereby is, authorized, empowered, and directed to execute and file on

behalf of each Company all petitions, schedules, lists, and other motions, pleadings, papers, or documents, and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of each Company's business.

## RETENTION OF PROFESSIONALS

**RESOLVED**, that each of the Authorized Signatories be, and hereby is, authorized, empowered, and directed to employ the law firm of CM Law, PLLC as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including the preparation and filing of any motions, objections, replies, applications, or pleadings and conducting any potential sale process on behalf of each Company in the Chapter 11 Cases; and in connection therewith, each of the Authorized Signatories, acting alone or in any combination, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain CM Law PLLC;

**RESOLVED**, that each of the Authorized Signatories be, and hereby is, authorized, empowered, and directed to employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, acting alone or in any combination, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers and fees, if required, prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, appropriate, or desirable; and

**RESOLVED**, that each of the Authorized Signatories, acting alone or in any combination, be, and each hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deems necessary, appropriate, or desirable in connection with the Chapter 11 Cases.

## GENERAL

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including, but not limited to,

filing fees, in each case as in such Authorized Signatory's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED**, that each Governing Body of each Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of each Company, or hereby waives any right to have received such notice;

**RESOLVED**, that any and all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, adopted, confirmed, and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of each Governing Body;

**RESOLVED**, that each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of each Company with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary, appropriate, or desirable in such Authorized Signatory's reasonable business judgment as may be necessary, appropriate, or desirable to effectuate the purposes of the transactions contemplated herein;

**RESOLVED**, that this unanimous omnibus written consent may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same consent; and facsimile or photostatic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

**IN WITNESS WHEREOF**, the undersigned represents that each Governing Body has authorized the undersigned to execute this written consent on behalf of each Company as of the date above first written.

IN WITNESS WHEREOF, this AGREEMENT is executed on February 7, 2026.

| Entity | Current manager | Members | Signatures |
|--------|-----------------|---------|------------|
| ER of Texas, LLC (parent) | Manager: Ron Walraven | Ron Walraven; Michele Brownfield; Phillip Michael Hawk, Jr. | Signed by: *Ron Walraven* _____ 190D4E5D0D8B459 Ron Walraven, Manager and Member<br><br>Signed by: *Michele Brownfield* _____ E4AAE3D055DA41A Michele Brownfield, Member |
| ER of Texas Hurst, LLC | Sole manager: ER of Texas, LLC, | ER of Texas, LLC | ER of Texas, LLC, its Manager and Sole Member<br><br>Signed by: *Ron Walraven* By: _____ 190D4E5D0D8B459 Ron Walraven, Manager |
| ER of Texas Hillcrest, LLC | Sole manager: ER of Texas, LLC, by Ron Walraven, Manager | Members per Exhibit B | ER of Texas, LLC, its Manager and Sole Member<br><br>Signed by: *Ron Walraven* By: _____ 190D4E5D0D8B459... Ron Walraven, Manager |

| | | | |
|---|---|---|---|
| ER of Texas Colleyville, LLC | Sole manager: ER of Texas, LLC, by Ron Walraven, Manager | Members per Exhibit B | ER of Texas, LLC, its Manager and Sole Member<br><br>By: *Ron Walraven*<br>Ron Walraven, Manager |
| ER of Texas Texoma, LLC | Sole manager: ER of Texas, LLC, by Ron Walraven, Manager | Members per Exhibit B (not located). Internal org summary indicates ERTx Funding (25%), ERTx Physicians Group (15%), DMI/TMC funds (60%)-confirm against Exhibit B | ER of Texas, LLC, its Manager and Sole Member<br><br>By: *Ron Walraven*<br>Ron Walraven, Manager |
| ER of Texas Uptown, LLC | Sole manager: ER of Texas, LLC, by Ron Walraven, Manager | Members per Exhibit B | ER of Texas, LLC, its Manager and Sole Member<br><br>By: *Ron Walraven*<br>Ron Walraven, Manager |
| ER of Texas Mansfield, LLC | Sole manager: ER of Texas, LLC, by Ron Walraven, Manager | Members per Exhibit B | ER of Texas, LLC, its Manager and Sole Member<br><br>By: *Ron Walraven*<br>Ron Walraven, Manager |

Docusign Envelope ID: 3F006B40-A219-4097-A558-953BAD56D42E

| ER of Texas Frisco, LLC | Sole manager: ER of Texas, LLC, by Ron Walraven, Manager | Members per Exhibit B | ER of Texas, LLC, its Manager and Sole Member<br><br>Signed by:<br>*Ron Walraven*<br>190D4E5D0D8B459...<br>By:_____<br>Ron Walraven, Manager |
|---|---|---|---|
| ER of Texas Highland Village, LLC (operating) | Sole manager: ER of Texas, LLC, by Ron Walraven, Manager | Members per Exhibit B (not located). Separate HV investor roster appears in JV materials- confirm against Exhibit B | ER of Texas, LLC, its Manager and Sole Member<br><br>Signed by:<br>*Ron Walraven*<br>190D4E5D0D8B459...<br>By:_____<br>Ron Walraven, Manager |
| ER of Texas Little Elm, LLC (operating) | Sole manager: ER of Texas, LLC (execution by manager); managerial execution page shows Michele Brownfield signing on behalf of manager entity in earlier company agreement pages | Detailed investor roster located (includes ER of Texas, LLC, Qubit Warp, LLC, Dallas Growth Capital and Funding, LLC, Megan Pearce, Eric Mattingly, and others with stated units) | ER of Texas, LLC, its Manager and Sole Member<br><br>Signed by:<br>*Ron Walraven*<br>190D4E5D0D8B459...<br>By:_____<br>Ron Walraven, Manager |
| PERT, PLLC | Sole member: Dr. Megan Pearce | Dr. Megan Pearce (100%) | PERT, PLLC,<br><br>by its Sole Member:<br><br>DocuSigned by:<br>6F24E3CF39C040I...<br>_____<br>Dr. Megan Pearce, Sole Member |

| MedOPs Staffing, LLC | Managers: Ron Walraven, Michele Brownfield, Michael Hawk | Ron Walraven, Michele Brownfield, and Michael Hawk (equally) | Signed by: *Ron Walraven* 190D4E5D0D8B459... Ron Walraven, Manager and Member  Signed by: *Michele Brownfield* E4AAE3D055DA41A... Michele Brownfield, Manager and Member |
|---|---|---|---|

Docusign Envelope ID: 3E006B40-A219-4097-A558-953BAD56D42E

## EXHIBIT A
## ENTITIES TO FILE FOR CHAPTER 11 BANKRUPTCY REORGANIZATION

1.  ER of Texas, LLC
2.  ER of Texas Little Elm, LLC
3.  ER of Texas Highland Village, LLC
4.  ER of Texas Frisco, LLC
5.  ER of Texas Mansfield, LLC
6.  ER of Texas Uptown, LLC
7.  ER of Texas Texoma, LLC
8.  ER of Texas Colleyville, LLC
9.  ER of Texas Hillcrest, LLC
10. ER of Texas Hurst, LLC
11. PERT, PLLC
12. MedOPs Staffing, LLC

Docusign Envelope ID: 2F006B40-A219-4097-A558-953BAD56D42E

## **EXHIBIT B**
## **OTHER MEMBERS**